# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):**  DARRYL SMITH

**Defendant(s):**  JEFFREY BLACKMAN, etc.

**County of Residence:**  WARREN

**County of Residence:**

**Plaintiff's Address:**

Darryl Smith
B-78806
Shawnee - SHW
6665 State Route 146 East
Vienna, IL 62995

**Defendant's Attorney:**

08CV505
JUDGE DARRAH
MAG. JUDGE BROWN

**Basis of Jurisdiction:**

[ ] 1. U.S. Government Plaintiff

[✓] 3. Federal Question
(U.S. gov't. not a party)

[ ] 2. U.S. Government Defendant

[ ] 4. Diversity

**FILED**

JAN 2 3 2008
Jan 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

[✓] 1. Original Proceeding

[ ] 2. Removed From State Court

[ ] 3. Remanded From Appellate Court

[ ] 4. Reinstated or Reopened

[ ] 5. Transferred From Other District

[ ] 6. MultiDistrict Litigation

[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *Q. E. Woodham*   **Date:** 01/23/2008