7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 2 3 2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DARRYL SMITH
Plaintiff

v.

_____
Defendant(s)

08CV505
JUDGE DARRAH
MAG. JUDGE BROWN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Darryl Smith, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # B78806   Name of prison or jail: Shawnee, C.C. 6695 State
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: DNA

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: DNA
   Name and address of employer: DNA

   a. If the answer is "No":
      Date of last employment: NEVER
      Monthly salary or wages: DNA
      Name and address of last employer: DNA

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: DNA
      Name and address of employer: DNA

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes   ☒No
      Amount DNA    Received by DNA

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount ___DNA___ Received by ___DNA___

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount ___DNA___ Received by ___DNA___

d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount $623.00 MONTHLY Received by ANNIE GARDNER ☒Yes ☐No

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount ___DNA___ Received by ___DNA___

f. ☐ Any other sources (state source: ___DNA___) ☐Yes ☒No
Amount ___DNA___ Received by ___DNA___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No  Total amount: ___DNA___
In whose name held: ___DNA___  Relationship to you: ___DNA___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ___DNA___ Current Value: ___DNA___
In whose name held: ___DNA___ Relationship to you: ___DNA___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ___DNA___
Type of property: ___DNA___ Current value: ___DNA___
In whose name held: ___DNA___ Relationship to you: ___DNA___
Amount of monthly mortgage or loan payments: ___DNA___
Name of person making payments: ___DNA___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: ___DNA___
Current value: ___DNA___
In whose name held: ___DNA___ Relationship to you: ___DNA___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
___DNA___
___DNA___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-16-08

*Darryl Smith*
Signature of Applicant

DARRYL SMITH
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Darryl Smith, I.D.# B78806, has the sum of $ 342.99 on account to his/her credit at (name of institution) Robinson Correctional Center. I further certify that the applicant has the following securities to his/her credit: 0.00. I further certify that during the past six months the applicant's average monthly deposit was $ 342.99. (Add all deposits from all sources and then divide by number of months).

10/26/07
DATE

SIGNATURE OF AUTHORIZED OFFICER

John Anderson
(Print name)

Rev. 7/18/02

Date: 1/14/2008  
Time: 1:49pm  
d_list_inmate_trans_statement_composite

**Shawnee Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/01/2007 thru End;    Inmate: B78806;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** B78806 Smith, Darryl     **Housing Unit:** SHA-03-D -31

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 11/20/07 | Mail Room | 04 Intake and Transfers In | 324238 | 160742 | Robinson C.C. | 267.77 | 267.77 |
| 12/04/07 | Point of Sale | 60 Commissary | 338719 | 500677 | Commissary | -226.66 | 41.11 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2007 | -2.00 | 39.11 |
| 12/14/07 | Disbursements | 80 Postage | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/30/2007 | -.58 | 38.53 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/28/2007 | -2.00 | 36.53 |
| 12/17/07 | Mail Room | 04 Intake and Transfers In | 351238 | 1045 | Robinson C.C. | 1.38 | 37.91 |
| 12/18/07 | Payroll | 20 Payroll Adjustment | 352183 |  | P/R month of 11/2007 | 5.44 | 43.35 |
| 01/08/08 | Point of Sale | 60 Commissary | 008756 | 502770 | Commissary | -43.32 | .03 |

|  |  |
|---|---|
| Total Inmate Funds: | .03 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 12/6/2007 | | | Shawnee Correctional Center | | | | Page 1
Time: 10:58am | | | Trust Fund | | | | 
d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | 

REPORT CRITERIA - Date: 10/01/2007 thru End;   Inmate: B78806;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B78806 Smith, Darryl**                                    **Housing Unit: SHA-03-D -31**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/20/07 | Mail Room | 04 Intake and Transfers In | 324238 | 160742 | Robinson C.C. | 267.77 | 267.77 |
| 12/04/07 | Point of Sale | 60 Commissary | 338719 | 500677 | Commissary | -226.66 | 41.11 |

|  |  |
|---|---|
| Total Inmate Funds: | 41.11 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.58 |
| Funds Available: | 36.53 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/27/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 11/28/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 11/30/2007 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| | | | | Total Restrictions: | $4.58 |