FILED
MARCH 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JAN 23 2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Darryl Smith

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(CPD) Jeffrey Blackman and other unnamed and unknown Chicago Police officers in their individual capicity.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV505
JUDGE DARRAH
MAG. JUDGE BROWN

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: **Darryl Smith**

   B. Date of Birth: **4-7-60**

   C. List all aliases: **None**

   D. Prisoner identification number: **B78806**

   E. Place of present confinement: **Shawnee C.C. 6695 State Route 146 Vienna Ill 62995**

   F. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: **Jeffrey Blackman**

      Title: **Patrol Officer**

      Place of Employment: **Chicago Police Department**

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Jeffrey Blackman

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 20th, 2007 At 1430 HRS., I was at The intersection of 5100 S. State St Chicago, IL County of Cook, I observed a Vehicle to wit: One 2001 white Mazda four door parked at the above Mentioned Intersection. I proceeded to Reach into the Vehicle through a Rear Window which I saw from the corner of my eye when I noticed a person approaching me he Hit me upside the right side of my head with his pistol, And I fell to the Ground and he Restrained me with Handcuff, then he Punched me two times with his fists, And proceeded to Kick me in my Lower Back Causing Back and Kidney Damage. The damage to my Right eye and ear Resulted from Kicking me on the ground while I was Restrained, after that the Chicago fire Department Paramedics Came on the Scene

4

I was unconsious, The paramedics administered smelling salts then I came concious and I noticed a police officer Jerked me up off the ground by the Handcuffs while I was In pain forced me into the rear door of the ambulance, the police then struck me with his fist on the right side of my face. The paramedic stated that you might as well come off the B.S. and go to Jail Because there is nothing wrong with you, then he proceeded to take out a needle you will be sick at this time. I did not say anything then he Injected me in my left shoulder and the next thing I know I was at Providence hospital In restrants on both hands and legs. Then Intravenous fluids were attached to my arm I was at Providence Hospital from July 20, 2007 To August 02, 2007. Then I was Transferred to Cook County Cermack hospital Psyshiatric unit for nine days then transferred to a medical tier where I take daily mediestion of Seroquel and Trazodone and pain pills for my Back, antibiotic for my Kidney.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT TO RECEIVE COMPENSATORY DAMAGES FOR MY PAIN AND SUFFERING AND MY EMOTIONAL DISTRESS. In the amunt of $700,000.00 Punitive damages in the omeunt of 700,00,00

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __Jan 1__, 20__08__

_Darryl Smith_ (signature)
(Signature of plaintiff or plaintiffs)

DARRYL SMITH
(Print name)

B78806
(I.D. Number)

Shawnee C.C. 6695 State Route 146 Vienna IL 62995
(Address)

6

Revised 5/2007