7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

DARRYL Smith
_____
Plaintiff

v.

Jeffrey Blackman
_____
Defendant(s)

CASE NUMBER 08C0505

JUDGE John W. Darrah

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Darryl Smith, declare that I am the ☒plaintiff ☐petitioner ☐movant (other NONE) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # R78806   Name of prison or jail: Shawnee Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $8.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: NONE
   Name and address of employer: NONE

   a. If the answer is "No":
      Date of last employment: NONE
      Monthly salary or wages: NONE
      Name and address of last employer: NE

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: NONE
      Name and address of employer: NONE

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount —0—   Received by NONE

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount ___—0—___ Received by ___NONE___

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount ___—0—___ Received by ___NONE___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes   ☒No
Amount ___—0—___ Received by ___NONE___

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount ___—0—___ Received by ___NONE___

f. ☐ Any other sources (state source: ___state Pay___ )   ☒Yes   ☐No
Amount ___$8.00___ Received by ___Shawnee Correctional Center___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: ___—0—___
In whose name held: ___NONE___ Relationship to you: ___NONE___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property: ___NONE___ Current Value: ___—0—___
In whose name held: ___NONE___ Relationship to you: ___NONE___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property: ___NONE___
Type of property: ___NONE___ Current value: ___—0—___
In whose name held: ___NONE___ Relationship to you: _____
Amount of monthly mortgage or loan payments: ___—0—___
Name of person making payments: ___NONE___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes   ☒No
Property: ___NONE___
Current value: ___—0—___
In whose name held: ___NONE___ Relationship to you: ___NONE___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

___NONE___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-24-08

_Darryl Smith_
Signature of Applicant

DARRYL Smith
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Darryl Smith, I.D.# B78806, has the sum of $ 7.92 on account to his/her credit at (name of institution) Pinckneyville C.C.

I further certify that the applicant has the following securities to his/her credit: —. I further certify that during the past six months the applicant's average monthly deposit was $ —.

(Add all deposits from all sources and then divide by number of months).

March 28, 2008
DATE

_Judy Billingsley_
SIGNATURE OF AUTHORIZED OFFICER

Judy Billingsley
(Print name)

rev. 7/18/02

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Date: 3/28/2008 | | | Shawnee Correctional Center | | | | Page 1
Time: 1:25pm | | | Trust Fund | | | | |
d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 09/01/2007 thru End;   Inmate: B78806;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B78806 Smith, Darryl**                     **Housing Unit: SHA-03-D -31**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/20/07 | Mail Room | 04 Intake and Transfers In | 324238 | 160742 | Robinson C.C. | 267.77 | 267.77 |
| 12/04/07 | Point of Sale | 60 Commissary | 338719 | 500677 | Commissary | -226.66 | 41.11 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/27/2007 | -2.00 | 39.11 |
| 12/14/07 | Disbursements | 80 Postage | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/30/2007 | -.58 | 38.53 |
| 12/14/07 | Disbursements | 90 Medical Co-Pay | 348338 | Chk #127927 | DOC: 523 Fund Reimbursements, Inv. Date: 11/28/2007 | -2.00 | 36.53 |
| 12/17/07 | Mail Room | 04 Intake and Transfers In | 351238 | 1045 | Robinson C.C. | 1.38 | 37.91 |
| 12/18/07 | Payroll | 20 Payroll Adjustment | 352183 | | P/R month of 11/2007 | 5.44 | 43.35 |
| 01/08/08 | Point of Sale | 60 Commissary | 008756 | 502770 | Commissary | -43.32 | .03 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016138 | | P/R month of 12/2007 | 6.12 | 6.15 |
| 01/18/08 | Point of Sale | 60 Commissary | 018719 | 504496 | Commissary | -5.99 | .16 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046138 | | P/R month of 01/2008 | 10.00 | 10.16 |
| 02/19/08 | Point of Sale | 60 Commissary | 050756 | 507152 | Commissary | -8.44 | 1.72 |
| 02/19/08 | Point of Sale | 60 Commissary | 050756 | 507153 | Commissary | -.21 | 1.51 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074338 | Chk #129139 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 01/23/2008 | -1.48 | .03 |
| 03/17/08 | Payroll | 20 Payroll Adjustment | 077138 | | P/R month of 02/2008 | 7.89 | 7.92 |

| | |
|---|---|
| Total Inmate Funds: | 7.92 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 7.92 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |