UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darryl Smith | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 505 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | |
| Jeffery Blackman and Unknown Chicago Police Officers, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**DEFENDANT BLACK'S MOTION FOR LEAVE TO FILE
HIS MOTION TO DISMISS *INSTANTER* AND STAY HIS ANSWER**

Defendant Jeffery Black[1], by one of his attorneys, Shneur Nathan, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court (a) grant him leave to file his 12(b)(6) Motion to Dismiss *Instanter*; and (b) stay the time to Answer until this motion is ruled upon by the Court. In support of this motion, Defendant states as follows:

1. Plaintiff Darryl Smith ("Plaintiff") filed his pro se complaint on or about March 4, 2008.

2. In the caption of that Complaint, the only individual specifically named was Jeffery Blackman.

3. The undersigned has conducted an investigation and is unaware of any Chicago police officer named Jeffery Blackman.

4. On March 10, 2008, a copy of the Complaint was dropped off at the Chicago Police Department's Office of Legal Affairs that is designed to help facilitate service of process on police officers.

5. On or about March 31, 2008, Jeffery Black was served with a copy of the Complaint.

6. The undersigned was recently assigned to this case and was therefore unable to meet with Defendant Black in preparation of his defense until March 1, 2008.

---

[1] The Complaint actually names Jeffery Blackman, but for the purposes of this motion, Jeffery Black assumes he was the party intended to be named.

7.  As of the time of this motion, no status date has been set.

8.  Defendant Black is now prepared to file his Motion to Dismiss pursuant to Rule 12(b)(6) attached hereto as Exhibit A. (*See* Ex. A.)

9.  In order to promote efficiency and avoid confusion, Defendant Black seeks leave to file his Answer to Plaintiff's Complaint, if necessary, after the Motion to dismiss is ruled upon. *See Oil Express National, Inc. v. D'Alessandro*, 173 F.R.D. 219, 220-21 (N. D. Ill. 1997) (staying time to answer complaint during the pendency of a motion to dismiss).

10. This motion is not being made for purposes of delay and Defendant Black will be greatly prejudiced if leave is not granted.

WHEREFORE, Defendant Black respectfully request that this Honorable Court grant him leave to file his Motion to Dismiss *instanter* and stay the period for filing his Answer, if necessary, until that motion is ruled upon.

Respectfully submitted,

Defendants Jeffery Black

By:  /s Shneur Nathan  
SHNEUR NATHAN  
Assistant Corporation Counsel  
30 North LaSalle Street  
Suite 1400  
Chicago, Illinois  60602  
312-742-1842  
ARDC No. 6294495

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I electronically filed the foregoing **Defendant Black's Motion for Leave to File his Motion to Dismiss *Instanter* and Stay His Answer** using the Court's CM/ECF electronic filing system, and caused a copy of that motion to be sent via U.S. Mail to the *pro se* plaintiff at the address listed below:

Darryl Smith
B-78806
Shawnee - SHW
6665 State Route 146 East
Vienna, IL 62995

|  |  |
|---|---|
|  | /s/ Shneur Z. Nathan |
| 30 North LaSalle Street | SHNEUR Z. NATHAN |
| Suite 1400 | Assistant Corporation Counsel |
| Chicago, Illinois 60602 |  |
| (312) 742-1842 |  |
| Atty. No. 06294495 |  |