UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darryl Smith | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 505 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | |
| Jeffery Blackman and Unknown Chicago Police Officers, | ) ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

## NOTICE OF MOTION

**TO:**  Darryl Smith
B-78806
Shawnee - SHW
6665 State Route 146 East
Vienna, IL 62995

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT BLACK'S MOTION TO DISMISS,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 8th day of May, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602          /S/ Shneur Z Nathan
312-742-1842              Shneur Z. Nathan
ARDC No. 6294495           Assistant Corporation Counsel