# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 505 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Darryl Smith vs. Jeffrey Blackman | | |

**DOCKET ENTRY TEXT**

Defendant Black's motion for leave to file his motion to dismiss instanter and stay his answer is granted [15]. Motion to dismiss to be filed by the close of business on 5/8/08, response by 6/9/08, reply by 6/23/08. Status hearing set for 7/30/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|