Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 505 | DATE | 5-13-08 |
| CASE TITLE | Darryl Smith (B-78806) v. Jeffrey Blackman | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [9] is denied as moot because Plaintiff was granted *in forma pauperis* status in the Court's order of 3/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|