Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0505 | DATE | 6-30-08 |
| CASE TITLE | Smith (B-78806) v. Blackman, et al. | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, Plaintiff is given an extension of time until July 31, 2008, to respond to Defendant's motion to dismiss. If Plaintiff does not file a response or otherwise contact the Court by that date, the Court shall dismiss this action for want of prosecution. Defendant is given until August 14, 2008, to file a reply. The status hearing scheduled for July 30, 2008, is stricken and is reset to September 17, 2008, at 9:00 a.m.

Docketing to mail notices.

JJD

U.S. DISTRICT COURT
2008 JUL -3 AM 5:01
FILED