MHN

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Darryl Smith,
    Plaintiff,

v.

Jeffery Blackman, et al.
    Defendant's

Case No.: 08 C 505

John W. Darrah
Assigned Judge

Brown
Magistrate Judge

Jury Trial Demanded

**FILED**
7-29-2008
JUL 29 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the Plaintiff, Darryl Smith, on His own behalf, pro se, MOTIONING this Honorable COURT to: [a]. grant Him an EXTENSION OF TIME until August 7th, 2008 to file His RESPONSE TO DEFENDANT'S MOTION TO DISMISS.

IN SUPPORT thereof, the Plaintiff asserts as follows.

'III.'   that this Honorable COURT, on IT'S own MOTION, gave Him an EX-

**TENSION OF TIME** until July 31, 2008 **TO RESPOND TO DEFENDANT'S MOTION TO DISMISS,**

[2]. that He needs access to the law library at the Shawnee Correctional Center, where He is incarcerated at, to research the **DEFENDANT'S MOTION TO DISMISS,** and prepare to file His **RESPONSE,**

[3]. that this **EXTENDED TIME** from July 31, 2008 [i.e. One [1] Week] will give Him the opportunity to summarize, and finalize His **RESPONSE** before filing same with this Hon. COURT prior to August 7th, 2008, and beyond July 31, 2008,

[4]. that the Defendant's will still have the opportunity to file a reply by August 14, 2008; thus by no means being prejudicial in any way,

[5]. that this **EXTENDED TIME** from July 31, 2008 [i.e. One [1] Week] will not cause this Honorable COURT to again, reset the status hearing scheduled for September 17, 2008, at 9:00 a.m.; and,

(6). that He will be greatly prejudiced if this Honorable COURT do not grant Him an EXTENSION OF TIME untile August 7th, 2008 to file His RESPONSE TO DEFENDANT'S MOTION TO DISMISS.

WHEREFORE: the Plaintiff respectfully request that this Honorable COURT grant Him an EXTENSION OF TIME untile August 7th, 2008 to file His RESPONSE TO DEFENDANT'S MOTION TO DISMISS.

Respectfully submitted, Daryl Smith
Plaintiff/Pro Se

THIS MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS was filed/MOTIONED to this Honorable COURT; by way of the Clerk of COURT in care of the prisoner correspondent, on the 25 day of July, 2008.