IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

Darryl Smith;
Plaintiff,

v.

Jeffery Blackman,
et al.
Defendant's.

Case No.: 08 C 505

John W. Darrah
Assigned Judge

Brown
Magistrate Judge

Jury Trial Demanded

FILED
7-29-2008
JUL 2 9 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF PROOF OF SERVICE & FILING

TO:   Clerk of Court in care of
the Prisoner Correspondent,
United States District Court
219 S. Dearborn St.
Chicago, IL. 60604

PLEASE take NOTICE that on the 25 day of July, 2008; I FILED with this Honorable COURT the:

- PLAINTIFF'S MOTION FOR EXT.

# EXSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS...

by placing a handwritten original; and two handwritten copies of the handwritten original, in a envelope at the U.S. Mail Box at the Shawnee Correctional Center, and caused a handwritten copy to be <u>SERVED</u> upon the counsel for the Defendant's, while first being duly sworn.

By: _Daryl Snial_
Plaintiff
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995


SUBSCRIBED AND SWORN TO BEFORE ME THIS _25_ DAY OF _July_, 2008

_Leanne Pate_
Notary Public/SEAL

OFFICIAL SEAL
LEANNE PATE
Notary Public - State of Illinois
My Commission Expires Feb 08, 2011