# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0505 | **DATE** | August 4, 2008 |
| **CASE TITLE** | Darryl Smith (B-78806) v. Blackman, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time to respond to Defendants' motion to dismiss [26] is granted. Plaintiff's response is to be filed on or before August 22, 2008. Defendant's reply is to be filed on or before September 5, 2008. The status hearing scheduled for September 17, 2008, is stricken and is reset to October 29, 2008, at
9:00 a.m.

*Docketing to mail notices.*

JJD