# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv0505 | **DATE** | August 12, 2008 |
| **CASE TITLE** | Darryl Smith (B-78806) v. Blackman, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to amend his initial complaint [29] is granted. Plaintiff to file his amended complaint on or before August 29, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|