IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Darryl Smith;
Plaintiff,

v.

Jeffery Black, et al.,
Defendants.

Case No.: 08 C 505

John W. Darrah
Assigned Judge

Brown
Magistrate Judge

Jury Trial Demanded

FILED
SEP 3 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND AND FILE HIS AMENDED COMPLAINT

NOW COMES the Plaintiff; Darryl Smith, on His own behalf; prose, MOTIONING this Honorable COURT to: [a]. grant Him an EXTENSION OF TIME untile, on or before September 19th, 2008 TO AMEND AND FILE HIS AMENDED COMPLAINT.

IN SUPPORT thereof, the Plaintiff asserts as follows.

[1]. that this Honorable COURT, on August 12, 2008 granted the Plaintiff's MOTION TO AMEND HIS INITIAL COMPLAINT,

[2]. that this Honorable COURT, gave the Plaintiff untile, on or before August 29, 2008 TO AMEND AND FILE HIS AMENDED COMPLAINT,

[3]. that He needs access to the law library at the Shawnee Correctional Center, where He is incarcerated at,

[4]. that this EXTENDED TIME from August 29, 2008 [i.e. Three [3] weeks] will give Him the opportunity to gain access to the law library to research, and prepare TO AMEND AND FILE HIS AMENDED COMPLAINT, on or before September 19th, 2008,

[5]. that the Defendant's has not served a "responsive pleading" on Him,

[6]. that He will be greately prejudiced if this Honorable COURT do not grant Him an EXTENSION OF TIME untile, on or before September 19th, 2008 TO AMEND AND FILE HIS AMENDED COMPLAINT.

WHEREFORE: the Plaintiff respectfully request that this Honorable COURT grant Him an EXTENSION OF TIME untile, on or before September 19th, 2008 TO AMEND AND FILE HIS AMENDED COMPLAINT.

Respectfully submitted, _Darryl [signature]_
Plaintiff/Pro se

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND AND FILE HIS AMENDED COMPLAINT was MOTIONED to this Honorable COURT; by way of the Clerk of COURT in care of the prisoner correspondent, on the 27 day of August, 2008.