# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Darryl Smith;
Plaintiff,

v.

Jeffery Black,
et al.,
Defendant's.

Case No.: 08 C 505

John W. Darrah
Assigned Judge

Brown
Magistrate Judge

Jury Trial Demanded

**FILED**
SEP 3 2008
Sp 3, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING & PROOF OF SERVICE

To: Clerk of Court in care of
the Prisoner Correspondent,
United States District Court
219 S. Dearborn St.
Chicago, Illinois 60604

PLEASE take **NOTICE** that on the __27__ day of __August__, 2008; I **FILED** with this Honorable **COURT**:

- **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND AND FILE HIS AMENDED COMPLAINT...**

by placing the original and two copies, in a env.

-elope at the U.S. Mail Box at the Shawnee Correctional Center, and caused a copy to be SERVED upon the counsel for the Defendant's, while first being duly sworn.

By: _Darryl Smith_
Plaintiff
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27 DAY OF August, 2008

_Leanne Pate_
Notary/SEAL

OFFICIAL SEAL
LEANNE PATE
Notary Public - State of Illinois
My Commission Expires Feb 08, 2011